**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02555-BNB

CANDY COPPINGER,

        Plaintiff,

v.

EXECUTIVE DIRECTOR ARISTEDES W. ZAVARAS,
GRIEVANCE OFFICER ANTHONY DeCESARO,
WARDEN LARRY REID,
ASSOCIATE WARDEN KELLIE WASKO,
MAJOR McGOWN,
MAJOR  THOMPSON,
CAPTAIN FILER,
LIEUTENANT SCOLERI,
LIEUTENANT HUGHBANKS,
SARGENT MINJAREZ,
SARGENT SALAZAR,
CORRECTION OFFICER MILLER,
GRIEVANCE COORDINATOR ELMA BIRD, and
UNKNOWN,

        Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

        Plaintiff's Motion for Certification of Records and Other Documents Pursuant to 1983 Prisoner Complaint (Doc. No. 19), filed on January 11, 2011, is DENIED as premature.

Dated:  January 12, 2011

---

                                        Secretary/Deputy Clerk